THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Brenton Ray Williams, Appellant.
 
 
 

Appeal From York County
 Larry R. Patterson, Circuit Court Judge
Unpublished Opinion No. 2009-UP-432
Submitted September 1, 2009  Filed
 September 9, 2009    
APPEAL DISMISSED

 
 
 
 Appellate Defender M. Celia Robinson, of Columbia, for Appellant.
 Assistant Chief Legal Counsel John B. Aplin, of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Brenton
 Ray Williams appeals the revocation of
 his probation. Williams argues the circuit court's decision to revoke his
 probation was arbitrary, capricious, and without evidentiary support, amounting
 to a denial of due process.  After a
 thorough review of the record and counsel's brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsel's motion to be relieved. 
APPEAL
 DISMISSED.
HUFF, THOMAS,
 and PIEPER, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.